**COM.**

v.

**ALMODOVAR, A.**

**948 MDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–36–CR–0004599–2015

(Lancaster)

Affirmed

**BROWN, J.**

v.

**BROWN, P.**

**1321 MDA 2016**

Superior Court of Pennsylvania.

3/28/2017

Reargument Denied 6/1/2017

13268 of 2009

(Luzerne)

Affirmed

**COM.**

v.

**FLORES–MEDINA, J.**

**1091 MDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–36–CR–0003446–2015

(Lancaster)

Vacated/Remanded

**COM.**

v.

**TERRY, K.**

**1323 MDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–22–CR–0001258–2016 (Dauphin)

Affirmed—Application to Withdraw as Counsel Granted